UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

John Smith,                                         Case No. 1:11cv24

       Plaintiff                              Judge  Weber
                                                       Magistrate Judge Bowman

   vs.

Unum Life Insurance Company
       Defendant.

## ORDER

On January 18, 2012 District Judge Weber lifted the stay on discovery and referred the motion for discovery filed August 11, 2011 to the undersigned (Doc. 10).  Defendant shall now respond to that motion within 21 days, and the plaintiff may reply within 11 days.

The Court will contact counsel if a phone discovery conference is necessary.

                                                          _/s/ Stephanie K. Bowman_
                                                          United States Magistrate Judge